RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ALLIE WILSON
Assistant Federal Public Defender
New York State Bar No. 5479597
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Allie_Wilson@fd.org

*Attorney for Petitioner Felicien Sindayikengera

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Felicien Sindayikengera,<br><br>    Petitioner<br><br>v.<br><br>Pamela Bondi, et al.,<br><br>    Respondents | Case No. 2:26-cv-00280-CDS-NJK<br><br>**Order Approving STIPULATION TO EXTEND REPLY DEADLINE**<br><br>(First Request)<br><br>[ECF No. 12] |

IT IS HEREBY STIPULATED AND AGREED, by and between Federal Public Defender Rene L. Valladares, Assistant Federal Public Defender ALLIE WILSON, counsel for Felicien Sindayikengera, Deputy Attorney General of the United States Todd Blanche, and Assistant United States Attorney TAMER BOTROS, counsel for Respondents, that Petitioner's deadline to file a reply to Petitioner's Petition for Writ of Habeas Corpus (ECF 4), currently set on Friday, February 27, 2026, be extended to and including Friday, March 6, 2026.

This is the first stipulation to continue the reply deadline. Counsel is requesting additional time to consult with the client, in the exercise of due diligence and in the interests of justice, and not for any purpose of delay.

DATED February 27, 2026.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | TODD BLANCHE<br>Deputy Attorney General of the United States |
| By:*/s/Allie Wilson*<br>  Allie Wilson<br>Assistant Federal Public Defender<br>Counsel for Felicien Sindayikengera | By:*/s/ Tamer Botros*<br>  TAMER BOTROS<br>Assistant United States Attorney<br>Counsel for Respondents |

**IT IS SO ORDERED.**

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

Dated: February 27, 2026