RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ALLIE WILSON
Assistant Federal Public Defender
New York State Bar No. 5479597
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Allie_Wilson@fd.org

*Attorney for Petitioner Felicien Sindayikengera

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Felicien Sindayikengera,

        Petitioner

v.

Pamela Bondi, et al.,

        Respondents

Case No. 2:26-cv-00280-CDS-NJK

**Order Approving STIPULATION TO EXTEND DEADLINE TO FILE AMENDED PETITION**

(First Request)

[ECF No. 17]

    IT IS HEREBY STIPULATED AND AGREED, by and between Federal Public Defender Rene L. Valladares, Assistant Federal Public Defender ALLIE WILSON, counsel for Felicien Sindayikengera, Deputy Attorney General of the United States Todd Blanche, and Assistant United States Attorney TAMER BOTROS, counsel for Respondents, ASHLEE HESMAN, counsel for Respondent John Mattos, that Petitioner's deadline to file an Amended Petition for Writ of Habeas Corpus currently set on March 18, 2026, be extended to and including Friday, March 20, 2026.

This is the first stipulation to continue the amended petition deadline. Counsel is requesting additional time to consult with the client, in the exercise of due diligence and in the interests of justice, and not for any purpose of delay.

DATED March 18, 2026.

RENE L. VALLADARES
Federal Public Defender

By:/s/Allie Wilson
    Allie Wilson
    Assistant Federal Public Defender


Counsel for Felicien Sindayikengera

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

By:/s/ Tamer Botros
    TAMER BOTROS
    Assistant United States Attorney
    Counsel for Respondents


By:/s/ Ashlee Hesman
    ASHLEE HESMAN
    Attorney for Respondent John Mattos


**IT IS SO ORDERED.**

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

Dated: March 19, 2026

2