# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Felicien Sindayikengera,

          Petitioner

v.

Pamela Bondi, et al.,

          Respondents[1]

Case No. 2:26-cv-00280-CDS-NJK

**Order Granting the Petitioner's Voluntary Motion to Dismiss Action**

[ECF No. 19]

Petitioner Felicien Sindayikengera initiated this action on February 5, 2026. Pet., ECF No. 1-1. The petitioner now moves to voluntarily withdraw his writ of habeas corpus petition and dismiss this action. Mot. to dismiss, ECF No. 19. No opposition is filed. In the absence of a stipulation signed by all parties who have appeared, "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Here, Sindayikengera specifically requested that this action be dismissed without prejudice. Accordingly, the petitioner's writ of habeas corpus petition is dismissed.

### Conclusion

IT IS ORDERED that the petitioner's motion to dismiss **[ECF No. 19] is GRANTED.** The Clerk of the Court is kindly directed to substitute Markwayne Mullin for Kristi Noem, substitute Todd Blanche for Pamela Bondi, and to close this case.

Dated: April 20, 2026

_____
Cristina D. Silva
United States District Judge

---

[1] Because Kristi Noem is no longer the DHS Secretary, the Clerk of Court is kindly directly to substitute Markwayne Mullin in the caption. Mullin will be the named defendant in place of Noem going forward. Likewise, because Pamela Bondi is no longer the Attorney General, the Clerk of Court is directed to substitute Todd Blanche, Acting Attorney General.